

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number:               01-18-00639-CV

Style:                      Loruhamah Dickey v. Harris County, City of Houston, Houston

                            Community College System, Houston Independent School District

Date motion filed*:         February 13, 2019

Type of motion:             Motion to Dismiss Appeal

Parties filing motion:      Appellees Harris County, City of Houston, Houston Community

                            College System, Houston Independent School District

Document to be filed:       Appellant's brief

Ordered that motion is:
- ☐ Granted
- ☐ Denied
- ☐ Dismissed (*e.g.*, want of jurisdiction, moot)
- ☑ Other: __The Court requests a response from the appellant to the appellees' motion to dismiss this appeal for want of prosecution. Appellant's affidavit, filed on February 11, 2019, does not comply with Rule 38.1 for filing an appellate brief. *See* TEX. R. APP. P. 38.1. Appellant's brief must be filed no later than **10 days from the date of this order** or this appeal will be dismissed for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b), (c)._____

Judge's signature: __/s/ Justice Evelyn V. Keyes_____
                    x  Acting individually      ☐ Acting for the Court
Date: ___February 28, 2019_____

November 7, 2008 Revision